UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STACEY R. SMITH,

        Petitioner,

v.

KENT COUNTY PROSECUTOR'S
OFFICE et al.,

        Respondents.

_____/

Case No. 1:24-cv-1080

Hon. Hala Y. Jarbou

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

Dated: November 12, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE